PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUN 2 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> FOUR "SMART" TELEVISIONS, ONE ENFIELD HANDGUN, AND APPROXIMATELY $2,300 IN U.S. CURRENCY, LOCATED AT 8065 HELMSDALE AVENUE, SACRAMENTO, CA | CASE NO. 2:15-SW-0192 KJN <br><br> [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed EXCEPT that Attachment B-2 shall remain under seal until further order of this Court.

Dated: 6-26-2017

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE